JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HOLLAND, | CASE NO. 2:13-cv-713-SVW-PLA |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated, or to file a stipulation of dismissal. The Court further VACATES the Court trial set for July 30, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 3, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge